UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GENELLE THOMAS,

    Plaintiff,

vs.    Case No. 2:12-cv-15-FtM-29DNF

LEE COUNTY SHERIFF'S OFFICE,

    Defendant.
_____

**OPINION AND ORDER**

    This matter comes before the Court on defendant Lee County Sheriff's Office's Motion to Dismiss (Doc. #4) filed on January 18, 2012. No response has been filed and the time to respond has expired.

    Plaintiff has named Lee County Sheriff's Office as a defendant. Defendant Lee County Sheriff's Office seeks dismissal as it is not a legal entity capable of being sued. "[P]olice departments are not usually considered legal entities subject to suit, but capacity to sue or be sued shall be determined by the law of the state in which the district court is held." Williams v. Miami-Dade Police Dep't, 297 F. App'x 941, 945 (11th Cir. 2008)(quoting Dean v. Barber, 951 F.2d 1210, 1214 (11th Cir. 1992))(internal citations and quotations omitted). Under Florida law, police departments are not legal entities amenable to suit.

See, e.g., Williams, 297 F. App'x at 945 (citing Masson v. Miami-Dade County, 738 So. 2d 431, 432 (Fla. 3d DCA 1999)); Fla. City Police Dep't v. Corcoran, 661 So. 2d 409, 410 (Fla. 3d DCA 1995)). Thus, as defendant Lee County Sheriff's Office does not have the capacity to be sued under Florida law, its motion to dismiss shall be granted and it shall be dismissed from the case.

The Court also notes that plaintiff purports to name Betty Scruggs as a defendant. Fed. R. Civ. P. 10(a) states in pertinent part that "[t]he title of the complaint must name all the parties." "[A] party that is not named in the caption of [a] complaint is not a party to the action." Thompson v. Sarasota Cnty. Police Dep't, No. 8:09-cv-575-T-30TBM, 2009 WL 1850314, at *5 (M.D. Fla. June 26, 2009)(quoting Jones v. Parmley, No. 5:98-CV-374 FJS/GHL, 2005 WL 928666, at *1 (N.D.N.Y. Apr. 20, 2005)). Because Betty Scruggs is not named in the title of the Complaint, she is not a defendant in this action.

Accordingly, it is now

**ORDERED**:

1. Defendant Lee County Sheriff's Office's Motion to Dismiss (Doc. #4) is **GRANTED** and the Complaint is **dismissed with prejudice** as to Lee County Sheriff's Office.

2. Plaintiff is granted leave to file an "Amended Complaint" within **TWENTY ONE (21) DAYS** of the date of this Order. Failure to

file an Amended Complaint will result in the case being closed without further notice to plaintiff.

**DONE AND ORDERED** at Fort Myers, Florida, this 11th day of June, 2012.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies: Counsel of record